# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE GREENAWALT, | |
| Plaintiff | No. 1:17-CV-02236 |
| v. | (Judge Rambo) |
| SUPER. THOMAS MCGINLEY, et al., | |
| Defendants | |

# ORDER

**AND NOW**, this 5th day of January, 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's December 18, 2017 filing (Doc. No. 5) is construed as a motion for voluntary dismissal and is **GRANTED**;

2. This action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i); and

3. The Clerk of Court is directed to **CLOSE** this case.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge